# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**STEVEN DINEEN**

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number **08-98M**

I, **STEVEN DINEEN**, charged in a complaint pending in this District with **BEING A FELON IN POSSESSION OF A FIREARM AND POSSESSION WITH THE INTENT TO DISTRIBUTE COCAINE BASE**, in violation of Title **18**, U.S.C., **922(g)(1) and 924(a)(2) and 21:841(a)(1) and (b)(1)(C)**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

_Stephen M Dineen_
Defendant

_[signature]_
Counsel for Defendant

June 12, 2008



FILED
JUN 12 2008
U S DISTRICT COURT
DISTRICT OF DELAWARE