REDACTED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 08-*98* |
| | ) |
| STEVEN DINEEN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about June 4, 2008, in the State and District of Delaware, Steven Dineen, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Colt .45 pistol, bearing serial number 1661833, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT TWO

On or about June 4, 2008, in the State and District of Delaware, Steven Dineen, defendant herein, did knowingly possess with intent to distribute five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT III

On or about June 4, 2008, in the State and District of Delaware, Steven Dineen, defendant herein, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States (to wit, the knowing possession with intent to distribute five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base, as set forth in Count II of this Indictment and incorporated by reference as if fully set forth herein), knowingly possessed a firearm, to wit, a Colt .45 pistol, bearing serial number 1661833, all in violation of Title 18, United States Code, Sections 924(c)(1)(A).

A TRUE BILL

COLM F. CONNOLLY
UNITED STATES ATTORNEY

BY: _____
GEOFFREY G GRIVNER,
SPECIAL ASSISTANT UNITED STATES ATTORNEY

DATE: JULY 1, 2008