UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 08-97-JJF |
| ) | |
| MICHAEL LINDSEY, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

This **10TH** day of **JULY 2008**, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within ten (10) days, that is on or before **JULY 24TH, 2008**. Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**Honorable Leonard P. Stark**
　　　　　　　　　　　　　　　　　　　　　　　　　**U.S. Magistrate Judge**

cc: Defense Counsel
　　 United States Attorney