IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-98-SLR |
| STEVEN DINEEN, | : | |
| Defendant. | : | |

## ORDER

Having considered Defendant Dineen's Motion to Extend Time to File Pretrial Motions,

**IT IS HEREBY ORDERED** this 28th day of July, 2008, that Defendant Dineen's pretrial motions shall be due on the 15th day of August, 2008.

_____
Honorable Sue L. Robinson
United States District Court