IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 08-98-SLR |
| | ) |
| STEVEN DINEEN, | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington this 20th day of August, 2008,

IT IS ORDERED that:

1. A telephonic status conference is scheduled for **Wednesday, August 27, 2008** at **2:45 p.m.**, with the court initiating said call.

2. The time between this order and **August 27, 2008** shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

                                                                                                       United States District Judge