# SLR Criminal Non Jury Calendar Notice

To: Clerk, U.S. District Court  Date: 08/26/2008
From: Judge Robinson
Case Caption: USA v. Dineen
Criminal Case Number: 08-98-SLR

Interpreter Requested
○ Yes
● No
○ Cancel Previously Hired Interpreter

---

The following proceeding(s) is/are **scheduled:**

| PROCEEDING | DATE | TIME |
|---|---|---|
| | | |

COURT REPORTER REQUESTED
○ Yes
○ No
○ Trial Only

---

The following proceeding(s) is/are **canceled:**

| PROCEEDING | DATE | TIME |
|---|---|---|
| Tele Conference | Wed 08/27/2008 | 02:45 PM |

---

(CHAMBERS USE ONLY)

Set by:  ☒ On Lotus
         ☒ Cancellation Noted

Prepared By: Maria Alvino  08/26/2008 03:12 PM